## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM BATZ,

      Plaintiff,

                                                Case No. 20-cv-69-wmc

  v.

WIS. DEPT. OF CORRECTIONS,
JUDGE ELLEN BURZ, and STATE
PUBLIC DEFENDER OFFICE,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.


| | |
|---|---|
| /s/ | November 23, 2021 |
| Peter Oppeneer, Clerk of Court | Date |